UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| William A. Harris, Sr., *on behalf of himself and all others similarly situated,* | ) ) ) | C/A No.: 6:06-cv-01808 |
| Plaintiff, | ) ) | **ORDER** (Written Opinion) |
| v. | ) ) | |
| Experian Information Solutions, Inc.; | ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court on Defendant Experian's second motion for reconsideration or, in the alternative, motion to certify the issue for review under 28 U.S.C. § 1292(b), filed on January 22, 2008. Plaintiff filed a response in opposition to Defendant's motion on February 11, 2008. Both parties filed reply briefs.

Defendant asks this Court to reconsider its order, filed June 26, 2007, denying summary judgment. After a review of the parties' briefs, the Court denies Defendant's second motion for reconsideration and declines to grant § 1292(b) certification.

IT IS HEREBY ORDERED that Defendant's motion be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

March  6 , 2008