UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| William A. Harris, Sr., and Roseann M. Sullivan, *on behalf of themselves and all others similarly situated,* | C/A No.: 6:06-cv-01808-GRA |
| | **ORDER** |
| Plaintiffs, | (Written Opinion) |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Before the Court is a motion requesting that Roseann M. Sullivan be allowed to intervene as a named plaintiff in this action. The Court finds that the Motion to Intervene should be granted.

IT IS THEREFORE ORDERED that:

1. Roseann M. Sullivan shall intervene as a named plaintiff in this action.

2. The Named Plaintiffs shall file and serve the Class Action Third Amended Complaint that accompanied the Motion to Intervene.

3. The Clerk shall amend the case caption accordingly.

**IT IS SO ORDERED**.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 29, 2008